THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE:

| | | |
|---|---|---|
| JOSHUA DAVID DEROCHE | § | CASE NO. 23-10454 |
| xxx-xx-2176 | § | |
| D/B/A POOL-AID 312 SHANNON LN. | § | |
| NEDERLAND, TX 77627 | § | |
| | § | CHAPTER 13 |
| | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | | |

## NOTICE OF 341 MEETING BY VIDEO HEARING

PLEASE TAKE NOTICE that, in response to Centers for Disease Control advisements to take precautions regarding the COVID-19 virus (coronavirus) outbreak by limiting exposure to the virus, the Trustee will conduct the regularly scheduled 341 meetings via video conference.

The meeting will occur at the same date and time as previously noticed.

Login information will be supplied to the Debtors through their attorney of record. For any other party that intends to attend the meeting, please contact either the Debtors' attorney or request the login information from the Trustee's office at:

**Email:** docs@ch13tyler.com
**Phone:** (903) 593-7777

If you are represented by an attorney, please contact your attorney with any additional questions. For any other issues, you may contact the Trustee's office during normal business hours.

/s/Lloyd Kraus
Lloyd Kraus, Chapter 13 Trustee, SBN 24066773
110 N. College Ave Suite 1200
Tyler, TX 75702
(903) 593-7777; FAX (903) 597-1313

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the 341Notice has been served upon the following parties in interest and to the attached mailing matrix by mailing a copy of same to them via first class mail or electronically on 11/21/2023:

FRANK J. MAIDA
MAIDA CLARK LAW FIRM, P.C. 4320 CALDER AVENUE
BEAUMONT, TX 777064631

JOSHUA DAVID DEROCHE
D/B/A POOL-AID 312 SHANNON LN.
NEDERLAND, TX 77627

                                        /s/ Lloyd Kraus
                                        Lloyd Kraus, Chapter 13 Trustee
                                        SBN 24066773
                                        Office of the Standing Chapter 13 Trustee
                                        110 N. College Avenue, Suite 1200
                                        Tyler, TX  75702
                                        (903)593-7777, Fax (903) 597-1313