| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-1<br>Case 23-10454<br>Eastern District of Texas<br>Beaumont<br>Wed Nov 22 08:36:59 CST 2023 | Attorney General<br>Taxation Division - Bankruptcy<br>Box 12548 - Capitol Station<br>Austin, TX 78711-2548 | CMI Enterprises, LLC<br>c/o Foster Yarborough<br>917 Franklin, Suite 220<br>Houston, Texas 77002-1741 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Joshua David DeRoche<br>312 Shannon Ln.<br>Nederland, TX 77627-2900 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson County TAC<br>P. O. Box 2112<br>Beaumont, TX 77704-2112 | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702-7226 |
| Frank J. Maida<br>Maida Clark Law Firm, P.C.<br>4320 Calder Avenue<br>Beaumont, TX 77706-4631 | Neches Federal Credit Union<br>Attn: Bankruptcy<br>P.O. Box 1118<br>Port Neches, TX 77651-1118 | State Comptroller of Texas<br>c/o Office of the Attorney General<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>TWC Building - Tax Dept.<br>Austin, TX 78778-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>Attn: Michael W. Lockhart<br>500 Fannin St, Suite 1250<br>Beaumont, TX 77701-3101 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | United States Attorney<br>Eastern District of Texas<br>550 Fannin, Suite 1250<br>Beaumont, Texas 77701 |

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15