IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSHUA DEROCHE | § | CAUSE NO. 23-10454 |
| xxx-xx-2176 | § | (CHAPTER 13) |
| 312 Shannon Ln. | § | |
| Nederland, Texas 77627 | § | |
| | § | |
| DEBTOR | § | |

## ORDER EXTENDING DEADLINE FOR FILING OF SCHEDULES AND STATEMENTS

On this date came on to be heard Debtor's Motion to Extend Deadline to File Schedules and Statements. The Court, after considering the Motion, finds that good cause exists to extend the time for the filings as requested by Debtor.

IT IS THEREFORE **ORDERED** that the Debtor shall file the Schedules and Statements on or before the _____ day of _____, 2023.