IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Joshua David DeRoche, xxx-xx-2176 | § | CASE NO. 23-10454 |
| 312 Shannon Ln. | § | (CHAPTER 13) |
| Nederland, TX 77627 | § | |
| DEBTOR | § | |

# Pool-Aid

## Profit and Loss by Month

November 2023

| | NOV 2023 | TOTAL |
|---|---|---|
| Income | | |
| Sales | 204,025.64 | $204,025.64 |
| Sales of Product Income | 15.14 | $15.14 |
| **Total Income** | **$204,040.78** | **$204,040.78** |
| Cost of Goods Sold | | |
| Job Supplies | 15,523.59 | $15,523.59 |
| **Total Cost of Goods Sold** | **$15,523.59** | **$15,523.59** |
| GROSS PROFIT | **$188,517.19** | **$188,517.19** |
| Expenses | | |
| Advertising & Marketing | 312.00 | $312.00 |
| Auto Expenses | | $0.00 |
| Auto - Fuel | 3,400.91 | $3,400.91 |
| Insurance | 846.00 | $846.00 |
| Repairs & Maintenance | 707.53 | $707.53 |
| **Total Auto Expenses** | **4,954.44** | **$4,954.44** |
| Bank Charges & Fees | 170.00 | $170.00 |
| CLOTHING & UNIFORMS | 382.08 | $382.08 |
| Contractors | 5,857.55 | $5,857.55 |
| Dues & Memberships | 87.55 | $87.55 |
| Insurance | 267.57 | $267.57 |
| Legal & Professional Services | 6,901.00 | $6,901.00 |
| Meals & Entertainment | 3,481.66 | $3,481.66 |
| MEDICAL | 228.00 | $228.00 |
| Merchant Account Fees | 5,070.83 | $5,070.83 |
| Office Supplies & Software | 2,764.14 | $2,764.14 |
| Rent & Lease | 5,143.01 | $5,143.01 |
| Salaries & Wages | | $0.00 |
| Payroll Fees | 319.80 | $319.80 |
| Payroll Taxes | 16,809.85 | $16,809.85 |
| Payroll Wages | 29,146.46 | $29,146.46 |
| **Total Salaries & Wages** | **46,276.11** | **$46,276.11** |
| Taxes & Licenses | 73.00 | $73.00 |
| Travel | | $0.00 |
| Parking Fees | 19.00 | $19.00 |
| **Total Travel** | **19.00** | **$19.00** |
| Utilities | 566.84 | $566.84 |
| **Total Expenses** | **$82,554.78** | **$82,554.78** |
| NET OPERATING INCOME | **$105,962.41** | **$105,962.41** |
| Other Income | | |
| Dividend Income | 6.47 | $6.47 |
| **Total Other Income** | **$6.47** | **$6.47** |





# Pool-Aid

## Profit and Loss by Month

November 2023

| | NOV 2023 | TOTAL |
|---|---|---|
| Other Expenses | | |
| Ask Client | 3,643.33 | $3,643.33 |
| Reconciliation Discrepancies | -1,190.75 | $ -1,190.75 |
| **Total Other Expenses** | **$2,452.58** | **$2,452.58** |
| NET OTHER INCOME | **$ -2,446.11** | **$ -2,446.11** |
| NET INCOME | **$103,516.30** | **$103,516.30** |




## Statement Ending 11/30/2023

JOSHUA D DEROCHE



Member Number:XXXXXXXX2364

RETURN SERVICE REQUESTED

JOSHUA D DEROCHE
POOL AID
1036 NEDERLAND AVE
NEDERLAND TX 77627-2835

### Contact Us


Phone Number (409) 722-1174


Website nechesfcu.org


Routing Number 313187636

Mailing Address 776 Magnolia
Port Neches, Texas 77651

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MAIN SHARE | XXXXXXXX64-0 | $598.23 |
| SHARE DRAFT BUS | XXXXXXXX64-8 | $90,620.16 |
| **Total Current Value** | | **$91,218.39** |



GO PAPERLESS!
Visit nechesfcu.org
Sign Up For E-Statements Online!

## MAIN SHARE-XXXXXXXX64-0

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **11/01/2023** | **Beginning Balance** | **$618.23** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $20.00 |
| **11/30/2023** | **Ending Balance** | **$598.23** |

| Description | Amount |
|---|---|
| Dividends Paid This Period | $0.00 |
| Dividends Paid Year-to-Date | $0.92 |










**SHARE DRAFT RECONCILEMENT** LIST DRAFTS OUTSTANDING NOT CHARGED TO YOUR DRAFT ACCOUNT

**THIS FORM IS PROVIDED TO ASSIST YOU IN BALANCING YOUR DRAFT ACCOUNT**

| DRAFT NUMBER | AMOUNT | DRAFT NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | TOTAL | |

PERIOD ENDING

20

SUBTRACT FROM YOUR DRAFT REGISTER ANY CHARGES LISTED ON THIS DRAFT STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED FROM YOUR BALANCE. ALSO, ADD ANY DIVIDEND.

| | |
|---|---|
| 2 ENTER DRAFT BALANCE SHOWN ON THIS STATEMENT HERE | $ |
| 3 ENTER DEPOSITS MADE LATER THAN THE ENDING DATE ON THIS STATEMENT + | $ |
| + | $ |
| + | $ |
| TOTAL (2 PLUS 3) | $ |
| 4 IN YOUR DRAFT REGISTER CHECK OFF ALL DRAFTS PAID AND IN AREA PROVIDED AT LEFT LIST NUMBERS AND AMOUNTS OF ALL UNPAID DRAFTS | |
| 5 SUBTRACT TOTAL DRAFTS OUTSTANDING {- | $ |
| 6 THIS AMOUNT SHOULD EQUAL YOUR DRAFT REGISTER BALANCE | $ |

**IF YOU DO NOT BALANCE**

VERIFY ADDITIONS AND SUBTRACTIONS-ABOVE AND IN YOUR DRAFT REGISTER
COMPARE THE DOLLAR AMOUNTS OF DRAFTS LISTED ON THIS STATEMENT WITH THE DRAFT AMOUNTS LISTED IN YOUR DRAFT REGISTER
COMPARE THE DOLLAR AMOUNTS OF DEPOSITS LISTED ON THIS STATEMENT WITH THE DEPOSIT AMOUNTS RECORDED IN YOUR DRAFT REGISTER

NCUA

EQUAL HOUSING OPPORTUNITY

## YOUR BILLING RIGHTS- KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT. If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address listed on your statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit card statement automatically from your share savings or share draft account, you can stop the payment on any amount that you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE.** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the statement was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to send statements to you for the amount you question, including finance charges, and we can apply unpaid amount against your credit limit. You do not have to pay any questioned amount. In either case, we will send a statement of the amount you owe and the date that is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report to that you have a question about your statement. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first % $50 of the questioned amount even if your statement was correct.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address, and (b) The purchase price must have been more than $50.00. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

## FOR CONSUMERS ONLY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Write us at the address shown on the front of this statement which is listed after the words "Send Inquiries To" or telephone us at the telephone number shown in the "Send Inquiries To" area as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for foreign initiated transactions and all transfers resulting from point-of-sale debit card transactions) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.





## MAIN SHARE-XXXXXXXX64-0 (continued)

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **11/01/2023** | **Beginning Balance** | | | **$618.23** |
| 11/02/2023 | Withdrawal<br>Transfer 'STS' 20.00 to acct: 74159-8 | $20.00 | | $598.23 |
| **11/30/2023** | **Ending Balance** | | | **$598.23** |

## SHARE DRAFT BUS-XXXXXXXX64-8

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| **11/01/2023** | **Beginning Balance** | **$80,283.17** | Dividends Paid This Period | $6.47 |
| | 31 Credit(s) This Period | $110,564.24 | Dividends Earned | $7.94 |
| | 164 Debit(s) This Period | $100,227.25 | Dividends Paid Year-to-Date | $78.28 |
| **11/30/2023** | **Ending Balance** | **$90,620.16** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **11/01/2023** | **Beginning Balance** | | | **$80,283.17** |
| 11/01/2023 | Dividend through 31OCT2023<br>*Annual Percentage Yield Earned: 0.10% FOR A 31 DAY PERIOD*<br>*Average Daily Balance: $76191.28* | | $6.47 | $80,289.64 |
| 11/01/2023 | Withdrawal<br>TX Nederland Autocorrect USAutocorrect Trace #71918 | $7.26 | | $80,282.38 |
| 11/01/2023 | Withdrawal<br>TX NEDERLAND SONIC DRIVE IN #259USSONIC DRIVE IN # Trace #23975 | $29.47 | | $80,252.91 |
| 11/01/2023 | Withdrawal<br>TX EGOV.COM TX.GOV* SERVICEFEE DUSTX.GOV* SERVICEFE Trace #7850<br>01NOV A-PAYMENTS [71685]...Amt: 12961.66 INTUIT 05706885 (DEPOSIT)<br>01NOV A-PAYMENTS [71685]...Amt: 32.46 GLOBAL PAYMENTS (GLOBAL DEP) | $2.00 | | $80,250.91 |
| 11/01/2023 | Deposit-ACH-PAYMENTS<br>from ACH | | $12,994.12 | $93,245.03 |
| 11/01/2023 | Withdrawal-ACH-A-PAYMENTS<br>INTUIT 11254415 (TRAN FEE) | $389.12 | | $92,855.91 |
| 11/01/2023 | Withdrawal<br>WA Amzn.com/bill Amazon.com* 1X65646CUSAmazon.com* 1X656 Trace #29480 | $161.29 | | $92,694.62 |
| 11/01/2023 | Withdrawal<br>TX NEDERLAND SQ * EL SOL TAQUERIAUSSQ * EL SOL TAQUE Trace #24006<br>02NOV Transfer-SDXDAY to 58569-L5 865.10 02NOV2023 | $45.46 | | $92,649.16 |
| 11/02/2023 | Withdrawal-Transfer-SDXDAY | $865.10 | | $91,784.06 |
| 11/02/2023 | Withdrawal<br>TX EGOV.COM JEFFERSON VEHREG USJEFFERSON VEHREG Trace #42 | $71.00 | | $91,713.06 |
| 11/02/2023 | Withdrawal<br>TX 409 9627711 COLICHIAS ITALIAN VUSCOLICHIAS ITALIA Trace #60020 | $68.31 | | $91,644.75 |
| 11/02/2023 | Withdrawal | $2,500.00 | | $89,144.75 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #84282 | | | |
| 11/02/2023 | Withdrawal WA 425 6816830 Microsoft* MicrosoftUSMicrosoft* Micros Trace #49607 | $7.56 | | $89,137.19 |
| 11/02/2023 | Deposit-ACH-PAYMENTS GLOBAL PAYMENTS (GLOBAL DEP) | | $108.24 | $89,245.43 |
| 11/02/2023 | Withdrawal-ACH-A-PAYMENTS BANKCARD (MERCH FEES) | $35.00 | | $89,210.43 |
| 11/02/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (NET 037385) | $7,566.86 | | $81,643.57 |
| 11/02/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (TAX 037384) | $2,076.65 | | $79,566.92 |
| 11/02/2023 | Withdrawal-ACH-A-PAYMENTS Itria Ven SBA (AP Payment) | $479.93 | | $79,086.99 |
| 11/02/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (FEE 037732) | $319.80 | | $78,767.19 |
| 11/02/2023 | Withdrawal-ACH-A-PAYMENTS GLOBAL PAYMENTS (GLOBAL STL) | $840.95 | | $77,926.24 |
| 11/02/2023 | Withdrawal CHECK COPIES 2022 | $52.00 | | $77,874.24 |
| 11/02/2023 | Withdrawal AR 888 746 7726 SAMSCLUB.COM USSAMSCLUB.COM Trace #32603 | $124.80 | | $77,749.44 |
| 11/02/2023 | Withdrawal CT 844 7376900 VIVINT CITIZ* PMT 60USVIVINT CITIZ* PMT Trace #3485 | $284.20 | | $77,465.24 |
| 11/03/2023 | Withdrawal TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #47860 | $1,943.29 | | $75,521.95 |
| 11/03/2023 | Withdrawal TX NEDERLAND DICKEYS TX 1205 USDICKEYS TX 1205 Trace #41916 | $58.54 | | $75,463.41 |
| | 03NOV A-PAYMENTS [71685]...Amt: 500.00 HEADWAYCAPITAL 1 (D000686813) 03NOV A-PAYMENTS [71685]...Amt: 32590.56 INTUIT 26177295 (DEPOSIT) | | | |
| 11/03/2023 | Deposit-ACH-PAYMENTS from ACH | | $33,090.56 | $108,553.97 |
| 11/03/2023 | Withdrawal check copies 2020 | $50.00 | | $108,503.97 |
| 11/03/2023 | Withdrawal-ACH-A-PAYMENTS Kemp Properties- (WEB PMTS) | $1,551.49 | | $106,952.48 |
| 11/03/2023 | Withdrawal-ACH-A-PAYMENTS AppFolio, Inc. F (WEB PMTS) | $2.49 | | $106,949.99 |
| 11/03/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 33864145 (TRAN FEE) | $1,113.40 | | $105,836.59 |
| 11/03/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT PYMT SOLN (INTUITPMTS) | $10.00 | | $105,826.59 |
| 11/03/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT PYMT SOLN (INTUITPMTS) | $220.00 | | $105,606.59 |
| 11/03/2023 | Withdrawal #1456 | $850.00 | | $104,756.59 |
| 11/03/2023 | Withdrawal #1457 | $320.00 | | $104,436.59 |
| 11/03/2023 | Withdrawal WA Amzn.com/bill Amazon.com* 0M25N2KNUSAmazon.com* 0M25N Trace #53740 | $111.14 | | $104,325.45 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/03/2023 | Deposit | | $8,280.86 | $112,606.31 |
| 11/03/2023 | Withdrawal<br>WA Amzn.com/bill Amazon.com* HK1F34BLUSAmazon.com* HK1F3 Trace #96767 | $17.03 | | $112,589.28 |
| 11/03/2023 | Withdrawal<br>TX PORT ARTHUR CHEDDAR'S 0202109 USCHEDDAR'S 020210 Trace #52 | $62.42 | | $112,526.86 |
| 11/04/2023 | Withdrawal<br>TX BEAUMONT CASA OLE #618 USCASA OLE #618 Trace #50108 | $72.51 | | $112,454.35 |
| 11/04/2023 | Withdrawal<br>TX Nederland TST* The Schooner RUSTST* The Schoone Trace #92476 | $380.27 | | $112,074.08 |
| 11/04/2023 | Withdrawal #1459 | $810.00 | | $111,264.08 |
| 11/04/2023 | Withdrawal<br>TX BEAUMONT URBAN AIR BEAUMONT USURBAN AIR BEAUMO Trace #22692 | $47.08 | | $111,217.00 |
| 11/05/2023 | Withdrawal<br>WA Amzn.com/bill Amazon.com* O281Q3ILUSAmazon.com* O281Q Trace #94596 | $454.64 | | $110,762.36 |
| 11/05/2023 | Withdrawal<br>TX BEAUMONT SWEET BASIL USSWEET BASIL Trace #114 | $97.30 | | $110,665.06 |
| 11/05/2023 | Withdrawal<br>OH 614 915 0703 ROOT INSURANCE USROOT INSURANCE Trace #53840 | $846.00 | | $109,819.06 |
| 11/05/2023 | Withdrawal<br>TX PORT NECHES, LONGHORN LIQUOR PORUSLONGHORN LIQUOR Trace #55064<br>06NOV A-PAYMENTS [71685]...Amt: 222.61 GLOBAL PAYMENTS (GLOBAL DEP)<br>06NOV A-PAYMENTS [71685]...Amt: 147.24 GLOBAL PAYMENTS (GLOBAL DEP)<br>06NOV A-PAYMENTS [71685]...Amt: 2039.94 INTUIT 33139805 (DEPOSIT)<br>06NOV A-PAYMENTS [71685]...Amt: 398.32 GLOBAL PAYMENTS (GLOBAL DEP)<br>06NOV A-PAYMENTS [71685]...Amt: 657.49 GLOBAL PAYMENTS (GLOBAL DEP)<br>06NOV A-PAYMENTS [71685]...Amt: 112.11 GLOBAL PAYMENTS (GLOBAL DEP) | $38.95 | | $109,780.11 |
| 11/06/2023 | Deposit-ACH-PAYMENTS<br>from ACH | | $3,577.71 | $113,357.82 |
| 11/06/2023 | Withdrawal-ACH-A-PAYMENTS<br>INTUIT 40800555 (TRAN FEE) | $137.10 | | $113,220.72 |
| 11/06/2023 | Withdrawal-ACH-A-PAYMENTS<br>CREDIT CRD PMT (CR CD PMT) | $515.00 | | $112,705.72 |
| 11/06/2023 | Withdrawal #1458 | $100.00 | | $112,605.72 |
| 11/07/2023 | Withdrawal<br>TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #7217 | $137.33 | | $112,468.39 |
| 11/07/2023 | Withdrawal-ACH-A-PAYMENTS<br>WEX INC (FLEET DEBI) | $2,937.82 | | $109,530.57 |
| 11/08/2023 | Withdrawal<br>TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #24910 | $1,228.08 | | $108,302.49 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | 08NOV A-PAYMENTS [71685]...Amt: 1177.13 INTUIT 52209825 (DEPOSIT) 08NOV A-PAYMENTS [71685]...Amt: 265.37 GLOBAL PAYMENTS (GLOBAL DEP) 08NOV A-PAYMENTS [71685]...Amt: 658.12 GLOBAL PAYMENTS (GLOBAL DEP) | | | |
| 11/08/2023 | Deposit-ACH-PAYMENTS from ACH | | $2,100.62 | $110,403.11 |
| 11/08/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 59777205 (TRAN FEE) | $41.22 | | $110,361.89 |
| 11/08/2023 | Withdrawal | $800.00 | | $109,561.89 |
| 11/08/2023 | Deposit | | $55.00 | $109,616.89 |
| 11/08/2023 | Withdrawal TX PORT ARTHUR 8383 MEMORIAL BLVD USLOWE'S #1151 Trace #853541 | $305.22 | | $109,311.67 |
| 11/08/2023 | Withdrawal #1398 | $2,063.00 | | $107,248.67 |
| 11/08/2023 | Withdrawal FL matthew.j.lop SP RIPTIDEVAC.COM USSP RIPTIDEVAC.CO Trace #18520 | $218.68 | | $107,029.99 |
| 11/08/2023 | Withdrawal TX NEDERLAND SETZER TRUE VALUE HUSSETZER TRUE VALU Trace #20073 | $14.31 | | $107,015.68 |
| 11/08/2023 | Withdrawal WA Amzn.com/bill AMZN Mktp US* 1U1ZN5USAMZN Mktp US* 1U1 Trace #91027 | $168.87 | | $106,846.81 |
| 11/09/2023 | Withdrawal CA 800 516 3834 ABACUS CREDIT COUNSUSABACUS CREDIT CO Trace #39890 09NOV A-PAYMENTS [71685]...Amt: 4305.12 INTUIT 56739595 (DEPOSIT) 09NOV A-PAYMENTS [71685]...Amt: 312.42 GLOBAL PAYMENTS (GLOBAL DEP) | $25.00 | | $106,821.81 |
| 11/09/2023 | Deposit-ACH-PAYMENTS from ACH | | $4,617.54 | $111,439.35 |
| 11/09/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 64410505 (TRAN FEE) | $150.68 | | $111,288.67 |
| 11/09/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (TAX 180351) | $2,068.97 | | $109,219.70 |
| 11/09/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (NET 180349) | $7,566.86 | | $101,652.84 |
| 11/09/2023 | Withdrawal-ACH-A-PAYMENTS GPSINSIGHT (PURCHASE) | $126.47 | | $101,526.37 |
| 11/09/2023 | Withdrawal CHECK COPIES 2023 | $58.00 | | $101,468.37 |
| 11/09/2023 | Withdrawal TX NEDERLAND PAR* SMOOTHIE KING SUSPAR* SMOOTHIE KIN Trace #49565 | $9.30 | | $101,459.07 |
| 11/09/2023 | Withdrawal WA Amzn.com/bill AMZN Mktp US* 738EO0USAMZN Mktp US* 738 Trace #63243 | $24.84 | | $101,434.23 |
| 11/10/2023 | Withdrawal CA 866 712 7753 APPLE.COM/BILL USAPPLE.COM/BILL Trace #29700 | $32.46 | | $101,401.77 |
| 11/10/2023 | Withdrawal TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #74474 | $432.01 | | $100,969.76 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/10/2023 | Deposit-ACH-PAYMENTS GLOBAL PAYMENTS (GLOBAL DEP) | | $219.06 | $101,188.82 |
| 11/10/2023 | Withdrawal-ACH-A-PAYMENTS HarlandClarke-Li (CHK ORDER) | $133.75 | | $101,055.07 |
| 11/10/2023 | Withdrawal-ACH-A-PAYMENTS HarlandClarke-Li (CHK ORDER) | $81.98 | | $100,973.09 |
| 11/11/2023 | Withdrawal #1399 | $850.00 | | $100,123.09 |
| 11/11/2023 | Withdrawal #1131 | $170.00 | | $99,953.09 |
| 11/11/2023 | Withdrawal TX Nederland Subway 10901 USSubway 10901 Trace #26004 | $17.46 | | $99,935.63 |
| 11/11/2023 | Withdrawal CA 661 2669181 WISE SOFTWARE & COMUSWISE SOFTWARE & Trace #12315 | $89.98 | | $99,845.65 |
| 11/11/2023 | Withdrawal TX 832 8599678 BIG TEX POOL SUPPLIUSBIG TEX POOL SUP Trace #35271 13NOV A-PAYMENTS [71685]...Amt: 120.13 GLOBAL PAYMENTS (GLOBAL DEP) 13NOV A-PAYMENTS [71685]...Amt: 3470.82 INTUIT 65138335 (DEPOSIT) 13NOV A-PAYMENTS [71685]...Amt: 439.41 GLOBAL PAYMENTS (GLOBAL DEP) 13NOV A-PAYMENTS [71685]...Amt: 41.11 GLOBAL PAYMENTS (GLOBAL DEP) 13NOV A-PAYMENTS [71685]...Amt: 19.48 GLOBAL PAYMENTS (GLOBAL DEP) | $2,000.00 | | $97,845.65 |
| 11/13/2023 | Deposit-ACH-PAYMENTS from ACH | | $4,090.95 | $101,936.60 |
| 11/13/2023 | Withdrawal TX Port Arthur TST* Sake Sushi ResUSTST* Sake Sushi Trace #5109 | $61.56 | | $101,875.04 |
| 11/13/2023 | Withdrawal-ACH-A-PAYMENTS ENTERGY TEXAS, I (BANK DRAFT) | $215.45 | | $101,659.59 |
| 11/13/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 72917215 (TRAN FEE) | $137.15 | | $101,522.44 |
| 11/13/2023 | Withdrawal TX NEDERLAND STARBUCKS STORE 106USSTARBUCKS STORE Trace #38700 | $25.60 | | $101,496.84 |
| 11/13/2023 | Deposit | | $1,781.33 | $103,278.17 |
| 11/13/2023 | Withdrawal TX NEDERLAND BOBBY'S HOMESTYLE CUSBOBBY'S HOMESTYL Trace #107 | $39.03 | | $103,239.14 |
| 11/14/2023 | Withdrawal TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #70675 | $450.62 | | $102,788.52 |
| 11/14/2023 | Withdrawal | $800.00 | | $101,988.52 |
| 11/14/2023 | Deposit-ACH-PAYMENTS INTUIT 75190545 (DEPOSIT) | | $195.00 | $102,183.52 |
| 11/14/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 82912135 (TRAN FEE) | $6.83 | | $102,176.69 |
| 11/14/2023 | Withdrawal TX Port Arthur 3100 Highway 365 StUSTARGET T 1877 Trace #8842 | $41.38 | | $102,135.31 |
| 11/14/2023 | Deposit | | $255.00 | $102,390.31 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/14/2023 | Deposit<br>WA AMZN.COM BILL AMZN MKTP | | $429.65 | $102,819.96 |
| 11/14/2023 | Withdrawal<br>TX 866 4426030 SCHOOLCAFE USSCHOOLCAFE Trace #94679 | $52.95 | | $102,767.01 |
| 11/15/2023 | Withdrawal<br>TX GUBERSOFSETX. DC* GUBERS DELIVERYUSDC* GUBERS DELIV Trace #63607 | $82.63 | | $102,684.38 |
| 11/15/2023 | Withdrawal<br>TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #28674 | $373.97 | | $102,310.41 |
| 11/15/2023 | Deposit-ACH-PAYMENTS<br>GLOBAL PAYMENTS (GLOBAL DEP) | | $95.90 | $102,406.31 |
| 11/15/2023 | Withdrawal<br>TX HOUSTON SHELL SERVICE STATIUSSHELL SERVICE ST Trace #77808 | $125.00 | | $102,281.31 |
| 11/15/2023 | Withdrawal #1132 | $2,338.00 | | $99,943.31 |
| 11/15/2023 | Withdrawal<br>TX BAYTOWN 4080 EAST FREEWAY (USBUC EE'S #34 Trace #69228 | $16.21 | | $99,927.10 |
| 11/15/2023 | Withdrawal<br>WA amzn.com/bill Blink USBlink Trace #44237 | $10.83 | | $99,916.27 |
| 11/16/2023 | Withdrawal<br>CA 877 5997772 IN * SPPA USIN * SPPA Trace #13747 | $87.55 | | $99,828.72 |
| 11/16/2023 | Withdrawal<br>TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #45714<br>16NOV A-PAYMENTS [71685]...Amt: 4927.03 INTUIT 85119935 (DEPOSIT)<br>16NOV A-PAYMENTS [71685]...Amt: 311.71 GLOBAL PAYMENTS (GLOBAL DEP)<br>16NOV A-PAYMENTS [71685]...Amt: 189.10 GLOBAL PAYMENTS (GLOBAL DEP) | $620.36 | | $99,208.36 |
| 11/16/2023 | Deposit-ACH-PAYMENTS<br>from ACH | | $5,427.84 | $104,636.20 |
| 11/16/2023 | Withdrawal-ACH-A-PAYMENTS<br>INTUIT 92790505 (TRAN FEE) | $172.45 | | $104,463.75 |
| 11/16/2023 | Withdrawal-ACH-A-PAYMENTS<br>GUSTO (NET 364549) | $7,096.79 | | $97,366.96 |
| 11/16/2023 | Withdrawal-ACH-A-PAYMENTS<br>GUSTO (TAX 364529) | $1,940.26 | | $95,426.70 |
| 11/16/2023 | Withdrawal-ACH-A-PAYMENTS<br>DARK HORSE CPAS (DARK HORSE) | $2,500.00 | | $92,926.70 |
| 11/16/2023 | Withdrawal | $200.00 | | $92,726.70 |
| 11/16/2023 | Withdrawal<br>TX HOUSTON HOU PARKING GARAGE USHOU PARKING GARA Trace #29903<br>17NOV A-PAYMENTS [71685]...Amt: 1109.91 INTUIT 92363365 (DEPOSIT)<br>17NOV A-PAYMENTS [71685]...Amt: 1114.95 GLOBAL PAYMENTS (GLOBAL DEP)<br>17NOV A-PAYMENTS [71685]...Amt: 110.15 GLOBAL PAYMENTS (GLOBAL DEP) | $5.00 | | $92,721.70 |
| 11/17/2023 | Deposit-ACH-PAYMENTS<br>from ACH | | $2,335.01 | $95,056.71 |
| 11/17/2023 | Withdrawal | $60.82 | | $94,995.89 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | TX WINNIE TIA JUANITAS'S FISHUSTIA JUANITAS'S F Trace #50078 | | | |
| 11/17/2023 | Withdrawal TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #54945 | $1,174.44 | | $93,821.45 |
| 11/17/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 00015655 (TRAN FEE) | $38.85 | | $93,782.60 |
| 11/17/2023 | Withdrawal #2001 | $613.33 | | $93,169.27 |
| 11/17/2023 | Withdrawal #2002 | $850.00 | | $92,319.27 |
| 11/17/2023 | Withdrawal #1460 | $362.45 | | $91,956.82 |
| 11/17/2023 | Withdrawal #1137 | $400.00 | | $91,556.82 |
| 11/18/2023 | Withdrawal TX PORT ARTHUR CASA OLE #619 USCASA OLE #619 Trace #30023 | $54.01 | | $91,502.81 |
| 11/18/2023 | Withdrawal TX STAFFORD GAC # 79210 CENTRALUSGAC # 79210 CENT Trace #3666 | $22.72 | | $91,480.09 |
| 11/18/2023 | Withdrawal TX NEDERLAND 07477 2712 STATE HUSCVS/PHARMACY #07 Trace #32063 | $62.77 | | $91,417.32 |
| 11/18/2023 | Withdrawal MO 855 707 7328 Spectrum USSpectrum Trace #31535 | $67.19 | | $91,350.13 |
| 11/18/2023 | Withdrawal TX Nederland SQ * THE GOLDEN CUP USSQ * THE GOLDEN C Trace #10466 | $14.16 | | $91,335.97 |
| 11/19/2023 | Withdrawal TX ORANGE 2205 N HWY 62 USPILOT #0431 Trace #587165 | $6.91 | | $91,329.06 |
| 11/19/2023 | Withdrawal TX ORANGE PILOT #0431 USPILOT #0431 Trace #60124 | $41.14 | | $91,287.92 |
| 11/20/2023 | Withdrawal #2004 | $250.00 | | $91,037.92 |
| | 20NOV A-PAYMENTS [71685]...Amt: 77.61 GLOBAL PAYMENTS (GLOBAL DEP) 20NOV A-PAYMENTS [71685]...Amt: 3902.46 INTUIT 94939615 (DEPOSIT) 20NOV A-PAYMENTS [71685]...Amt: 49.52 GLOBAL PAYMENTS (GLOBAL DEP) 20NOV A-PAYMENTS [71685]...Amt: 358.63 GLOBAL PAYMENTS (GLOBAL DEP) 20NOV A-PAYMENTS [71685]...Amt: 175.34 GLOBAL PAYMENTS (GLOBAL DEP) 20NOV A-PAYMENTS [71685]...Amt: 189.41 GLOBAL PAYMENTS (GLOBAL DEP) | | | |
| 11/20/2023 | Deposit-ACH-PAYMENTS from ACH | | $4,752.97 | $95,790.89 |
| 11/20/2023 | Withdrawal | $800.00 | | $94,990.89 |
| 11/20/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 02726395 (TRAN FEE) | $156.10 | | $94,834.79 |
| 11/20/2023 | Withdrawal TX Port Arthur TST* SAKE SUSHI RESUSTST* SAKE SUSHI Trace #65003 | $156.25 | | $94,678.54 |
| 11/20/2023 | Deposit | | $2,339.06 | $97,017.60 |
| 11/20/2023 | Withdrawal #2003 | $410.00 | | $96,607.60 |
| 11/21/2023 | Withdrawal | $1,141.61 | | $95,465.99 |





## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #29579 | | | |
| 11/21/2023 | Deposit-ACH-PAYMENTS INTUIT 05839325 (DEPOSIT) | | $750.15 | $96,216.14 |
| 11/21/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 13483605 (TRAN FEE) | $26.26 | | $96,189.88 |
| 11/21/2023 | Deposit | | $634.07 | $96,823.95 |
| 11/21/2023 | Withdrawal TX NEDERLAND 1101 BOSTON AVE USSETZER TRUE VALU Trace #15938 | $75.28 | | $96,748.67 |
| 11/22/2023 | Withdrawal TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #9119 22NOV A-PAYMENTS [71685]...Amt: 1415.12 INTUIT 09305115 (DEPOSIT) 22NOV A-PAYMENTS [71685]...Amt: 57.56 GLOBAL PAYMENTS (GLOBAL DEP) 22NOV A-PAYMENTS [71685]...Amt: 179.67 GLOBAL PAYMENTS (GLOBAL DEP) | $376.41 | | $96,372.26 |
| 11/22/2023 | Deposit-ACH-PAYMENTS from ACH | | $1,652.35 | $98,024.61 |
| 11/22/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 17034775 (TRAN FEE) | $49.53 | | $97,975.08 |
| 11/22/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (TAX 490236) | $1,874.63 | | $96,100.45 |
| 11/22/2023 | Withdrawal-ACH-A-PAYMENTS GUSTO (NET 490226) | $6,915.95 | | $89,184.50 |
| 11/22/2023 | Withdrawal TX NEDERLAND 1101 BOSTON AVE USSETZER TRUE VALU Trace #16019 | $9.73 | | $89,174.77 |
| 11/22/2023 | Withdrawal #2005 | $850.00 | | $88,324.77 |
| 11/22/2023 | Deposit | | $1,110.43 | $89,435.20 |
| 11/22/2023 | Withdrawal #2006 | $178.33 | | $89,256.87 |
| 11/22/2023 | Withdrawal AR 888 746 7726 SAMSCLUB.COM USSAMSCLUB.COM Trace #31711 | $87.35 | | $89,169.52 |
| 11/23/2023 | Withdrawal TX 409 8531605 SOMBRERO BAR AND GRUSSOMBRERO BAR AND Trace #3340 24NOV A-PAYMENTS [71685]...Amt: 96.08 GLOBAL PAYMENTS (GLOBAL DEP) 24NOV A-PAYMENTS [71685]...Amt: 220.00 INTUIT 15805495 (DEPOSIT) 24NOV A-PAYMENTS [71685]...Amt: 81.17 INTUIT 15908915 (DEPOSIT) 24NOV A-PAYMENTS [71685]...Amt: 77.91 GLOBAL PAYMENTS (GLOBAL DEP) 24NOV A-PAYMENTS [71685]...Amt: 511.45 GLOBAL PAYMENTS (GLOBAL DEP) | $102.54 | | $89,066.98 |
| 11/24/2023 | Deposit-ACH-PAYMENTS from ACH | | $986.61 | $90,053.59 |
| 11/24/2023 | Withdrawal-ACH-A-PAYMENTS NSM DBAMR.COOPER (NSM DBAMR) | $3,591.52 | | $86,462.07 |
| 11/24/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 23423375 (TRAN FEE) | $7.72 | | $86,454.35 |


P.O. Box 1118 Port Neches, TX 77651



## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/24/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 23518875 (TRAN FEE) | $2.84 | | $86,451.51 |
| 11/24/2023 | Withdrawal-ACH-A-PAYMENTS FARMERS INS (EFT PYMT) | $267.57 | | $86,183.94 |
| 11/24/2023 | Withdrawal TX BAYTOWN 4080 EAST FREEWAY (USBUC EE'S #34 Trace #239201 | $29.94 | | $86,154.00 |
| 11/24/2023 | Withdrawal TX 183 09981901 LS CAROUSEL ON MAINUSLS CAROUSEL ON M Trace #11403 | $53.02 | | $86,100.98 |
| 11/25/2023 | Withdrawal TX Fredericksbur SQ * CLEAR RIVER ICEUSSQ * CLEAR RIVER Trace #37375 | $28.70 | | $86,072.28 |
| 11/25/2023 | Withdrawal TX Fredericksbur TST* HITCHIN POST USTST* HITCHIN POS Trace #57510 | $131.92 | | $85,940.36 |
| 11/25/2023 | Withdrawal TX BAYTOWN BUC EE'S #34 USBUC EE'S #34 Trace #3086 | $83.54 | | $85,856.82 |
| 11/25/2023 | Withdrawal TX Fredericksbur Subway 56745 USSubway 56745 Trace #64803 | $21.36 | | $85,835.46 |
| 11/25/2023 | Withdrawal TX FREDERICKSBUR SQ * GRAPETOWN VI USSQ * GRAPETOWN VI Trace #299693 | $72.47 | | $85,762.99 |
| 11/25/2023 | Withdrawal WA Amzn.com/bill Amazon.com* LU1RO578USAmazon.com* LU1RO Trace #57455 | $670.05 | | $85,092.94 |
| 11/25/2023 | Withdrawal TX Austin SQ * AUSTIN USSQ * AUSTIN Trace #17310 | $9.00 | | $85,083.94 |
| 11/26/2023 | Withdrawal TX 409 2374023 HERITAGE EXPRESS CAUSHERITAGE EXPRESS Trace #54116 | $32.95 | | $85,050.99 |
| 11/26/2023 | Withdrawal TX COMFORT Love's #0464 OutsidUSLove's #0464 Out Trace #372218 | $87.31 | | $84,963.68 |
| 11/26/2023 | Withdrawal CA CL.INTUIT.COM INTUIT * QBooks OnliUSINTUIT * QBooks O Trace #86670 | $95.94 | | $84,867.74 |
| 11/26/2023 | Withdrawal TX KATY BUC EE'S #40 USBUC EE'S #40 Trace #170584 | $12.62 | | $84,855.12 |
| 11/26/2023 | Withdrawal TX Fredericksbur SQ * NURY'S BREAKFASUSSQ * NURY'S BREAK Trace #14801 | $44.37 | | $84,810.75 |
| 11/26/2023 | Withdrawal TX Nederland TST* NOVROZSKYS NEDUSTST* NOVROZSKYS Trace #40659 | $50.47 | | $84,760.28 |
| 11/27/2023 | Deposit-ACH-PAYMENTS INTUIT 17649915 (DEPOSIT) | | $3,645.00 | $88,405.28 |
| 11/27/2023 | Withdrawal CA CUPERTINO ONE APPLE PARK WAY USAPPLE COM BILL Trace #895700 | $4.32 | | $88,400.96 |
| 11/27/2023 | Withdrawal-ACH-A-PAYMENTS INTUIT 25473925 (TRAN FEE) | $127.84 | | $88,273.12 |
| 11/28/2023 | Withdrawal TX NEDERLAND BRICK OVEN NEDERLANUSBRICK OVEN NEDER Trace #8 | $12.73 | | $88,260.39 |






## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/28/2023 | Withdrawal<br>TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #2970 | $1,525.68 | | $86,734.71 |
| 11/28/2023 | Withdrawal | $800.00 | | $85,934.71 |
| 11/28/2023 | Deposit-ACH-PAYMENTS<br>INTUIT 23762575 (DEPOSIT) | | $1,752.56 | $87,687.27 |
| 11/28/2023 | Withdrawal<br>TX NEDERLAND TST* DAIRY QUEEN USTST* DAIRY QUEEN Trace #99378 | $17.82 | | $87,669.45 |
| 11/28/2023 | Withdrawal<br>CA 866 712 7753 APPLE.COM/BILL USAPPLE.COM/BILL Trace #87863 | $2.99 | | $87,666.46 |
| 11/28/2023 | Withdrawal-ACH-A-PAYMENTS<br>INTUIT 31550905 (TRAN FEE) | $61.34 | | $87,605.12 |
| 11/28/2023 | Withdrawal<br>TX NEDERLAND 1008 NEDERLAND AVE USFIRESTONE679399 Trace #617821 | $333.66 | | $87,271.46 |
| 11/29/2023 | Withdrawal<br>TX 281 823 7243 SCP DISTRIBUTORS USSCP DISTRIBUTORS Trace #12582 | $356.70 | | $86,914.76 |
| 11/29/2023 | Withdrawal<br>TX 855 999 3729 WPY* Got Leaks USWPY* Got Leaks Trace #99704<br>29NOV A-PAYMENTS [71685]...Amt: 1118.21 INTUIT 28621945 (DEPOSIT)<br>29NOV A-PAYMENTS [71685]...Amt: 61.22 GLOBAL PAYMENTS (GLOBAL DEP) | $312.00 | | $86,602.76 |
| 11/29/2023 | Deposit-ACH-PAYMENTS<br>from ACH | | $1,179.43 | $87,782.19 |
| 11/29/2023 | Withdrawal-ACH-A-PAYMENTS<br>INTUIT 36420795 (TRAN FEE) | $39.14 | | $87,743.05 |
| 11/29/2023 | Deposit | | $6,153.75 | $93,896.80 |
| 11/29/2023 | Deposit | | $1,380.18 | $95,276.98 |
| 11/29/2023 | Withdrawal<br>CA DROPBOX.COM DROPBOX* XT8B18GJMJYUSDROPBOX* XT8B18GJ Trace #98436<br>30NOV A-PAYMENTS [71685]...Amt: 3894.72 INTUIT 32465855 (DEPOSIT)<br>30NOV A-PAYMENTS [71685]...Amt: 511.93 GLOBAL PAYMENTS (GLOBAL DEP)<br>30NOV A-PAYMENTS [71685]...Amt: 160.17 GLOBAL PAYMENTS (GLOBAL DEP) | $21.31 | | $95,255.67 |
| 11/30/2023 | Deposit-ACH-PAYMENTS<br>from ACH | | $4,566.82 | $99,822.49 |
| 11/30/2023 | Withdrawal-ACH-A-PAYMENTS<br>HEADWAYCAPITAL 2 (D000726115) | $42.14 | | $99,780.35 |
| 11/30/2023 | Withdrawal-ACH-A-PAYMENTS<br>INTUIT 40037495 (TRAN FEE) | $136.32 | | $99,644.03 |
| 11/30/2023 | Withdrawal-ACH-A-PAYMENTS<br>GUSTO (NET 660912) | $6,969.24 | | $92,674.79 |
| 11/30/2023 | Withdrawal-ACH-A-PAYMENTS<br>GUSTO (TAX 660873) | $1,880.10 | | $90,794.69 |
| 11/30/2023 | Withdrawal<br>TX PORT ARTHUR 3100 HIGHWAY 365 USDILLARDS 787 CEN Trace #158236 | $164.53 | | $90,630.16 |
| 11/30/2023 | Withdrawal-Fee | $10.00 | | $90,620.16 |

## SHARE DRAFT BUS-XXXXXXXX64-8 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | 30NOV MONTHLY BUSINESS ACCOUNT FEE 1 @ $10.00 | | | |
| **11/30/2023** | **Ending Balance** | | | **$90,620.16** |

### Checks Cleared

| Check Nbr | Amount | Check Nbr | Amount | Check Nbr | Amount |
|---|---|---|---|---|---|
| 1131 | $170.00 | 1457 | $320.00 | 2003 | $410.00 |
| 1132 | $2,338.00 | 1458 | $100.00 | 2004 | $250.00 |
| 1137* | $400.00 | 1459 | $810.00 | 2005 | $850.00 |
| 1398* | $2,063.00 | 1460 | $362.45 | 2006 | $178.33 |
| 1399 | $850.00 | 2001* | $613.33 | | |
| 1456* | $850.00 | 2002 | $850.00 | | |

* Indicates skipped check number






This page left intentionally blank