# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § | |
| JOSHUA DAVID DEROCHE | § | CAUSE NO. 23-10454 |
| xxx-xx-2176 | § | (CHAPTER 13) |
| 312 Shannon Lane | § | |
| Nederland, Texas 77627 | § § | |
| **DEBTOR** | § | |

## AMENDED CERTIFICATE OF SERVICE ON
## APPLICATION TO RETAIN SPECIAL COUNSEL

I do hereby certify that a true and correct copy of the Application to Retain Special Counsel was properly forwarded to all parties on the attached matrix, by electronic mail or first class mail, on the 17th day of January 2024.

/s/ *Frank J. Maida*
Frank J. Maida