IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE: §
§
JOSHUA DAVID DEROCHE § CAUSE NO. 23-10454
xxx-xx-2176 § (CHAPTER 13)
312 Shannon Lane §
Nederland, Texas 77627 §
§
**DEBTOR** §

## DECLARATION OF DISINTERESTEDNESS OF COUNSEL TO THE BANKRUPTCY ESTATE PURSUANT TO 11 U.S.C. §327(A) AND BANKRUPTCY RULE 2014

Robert A. Whitley, Attorney at Law, P.L.L.C., ("Whitley"), submits this declaration of disinterestedness of counsel to the Debtor under penalty of perjury pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014. Dishon declares:

1. "I am an attorney at law duly licensed to practice in the State of Texas.

2. "My mailing address is 12621 Featherwood Dr., Suite 165, Houston, Texas 77034.

3. "I am an attorney with a practice that heavily emphasizes in trial law. I have the skill and expertise to render advice to Joshua David DeRoche with respect to a lawsuit to collect by CMI Enterprises, Inc., due to a final judgement dated 10/31/2023.

4. "On or about December 1, 2023, Whitley was engaged by Joshua David DeRoche to provide legal advice, counsel and assistance, prepare and possibly file all appropriate pleadings and other legal papers, represent Debtor in proceedings before the Courts of Law and in any other judicial or administrative proceeding, and prosecute claims to settlement or final judgment and perform any and all functions which may seem reasonably necessary.

5. "To the best of my knowledge, neither I nor any other person associated with me has represented or otherwise dealt with, or is now representing and otherwise dealing with, any entity that is or may consider itself a creditor, or other party in interest in connection with the Debtors, the Debtors' creditors, or any other parties in interest, or the attorneys and accountants for such creditors, or other parties in interest, the United States Trustee, or any person employed in the office of the United States Trustee. I am a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

6. "To the best of my knowledge, neither I nor any other person associated with me represents or holds any interest adverse to the Debtor or his estate or has any interest

materially adverse to the interest of any class of Debtor's creditors or other parties in interest.

7. "I declare under penalty of perjury that the foregoing is true and correct."

Executed on the __18th__ day of __January__, 2024.

BY: _____
Robert A. Whitley
Robert A. Whitley, Attorney at Law, P.L.L.C.
State Bar No. 24056522
12621 Featherwood Dr., Suite 165
Houston, Texas 77034
(281) 741-5225 (Office)
Email: robert@whitlegal.com

SUBSCRIBED AND SWORN to before me this the __18th__ day of __January__, 2024.

_____
Notary Public, State of Texas

JENNIFER J. WHITLEY
Notary Public, State of Texas
Comm. Expires 08-08-2027
Notary ID 130186225