Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 23−10454
Chapter: 13
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joshua David DeRoche
  dba Pool−Aid
  312 Shannon Ln.
  Nederland, TX 77627

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2176

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701

on 2/22/24 at 10:10 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)33 Application to Retain Special Counsel Robert A. Whitley filed by Debtor Joshua David DeRoche). Hearing scheduled for 2/22/2024 at 10:10 AM at Jack Brooks Federal Court House. (md)

Dated: 1/26/24

                                        Jason K. McDonald
                                        Clerk, U.S. Bankruptcy Court