Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 23−10454
Chapter: 13
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joshua David DeRoche
  dba Pool−Aid
  312 Shannon Ln.
  Nederland, TX 77627

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2176

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

104 North Third St., Lufkin, TX 75901

on 1/16/25 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 1/16/2025 at 10:00 AM at US Courthouse (Lufkin). (Attachments: # 1 Proposed Order)(Kraus, Lloyd)

Dated: 12/17/24

                                          Jason K. McDonald
                                          Clerk, U.S. Bankruptcy Court

In re:                                                                    Case No. 23-10454-jps
Joshua David DeRoche                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-1                                 User: admin                                            Page 1 of 2
Date Rcvd: Dec 17, 2024                        Form ID: 106nc                                Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua David DeRoche, 312 Shannon Ln., Nederland, TX 77627-2900 |
| cr | + | CMI Enterprises, LLC, Foster Yarborough PLLC, 917 Franklin Street, Suite 220, Houston, TX 77002-1741 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Dec 18 2024 00:02:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253, UNITED STATES 77253-3064 |
| cr | + | Email/Text: jking@offermanking.com | Dec 18 2024 00:02:00 | Neches Federal Credit Union, c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2024                                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frank J. Maida | on behalf of Debtor Joshua David DeRoche docs@maidafirm.com    MaidaLawFirmPC@jubileebk.net |

| | |
|---|---|
| James W. King | on behalf of Creditor Neches Federal Credit Union jking@offermanking.com |
| John P. Dillman | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Lloyd Kraus | docs@ch13tyler.com |
| Patrick Yarborough | on behalf of Creditor CMI Enterprises LLC patrick@fosteryarborough.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 6