UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____ DIVISION


_____

_____                           _____
DEBTOR(S)                                                                                      CASE NO.


I am a _____ in the above referenced bankruptcy case.

My **PREVIOUS** address is:    _____

_____


Please **CHANGE** to the new address:      _____

_____


DATE:_____

DEBTOR SIGNATURE:             _____

JOINT DEBTOR SIGNATURE     _____
(If filed by Debtor)


NAME OF CREDITOR:             _____

AUTHORIZED SIGNATURE:     _____

TITLE:                                         _____
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court