**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

IN RE:                         \*

                              \*

Joshua David DeRoche (\*\*\*-\*\*-2176)     \*       Case No. 23-10454
312 Shannon Ln.                   \*
Nederland, Texas 77627           \*       Chapter 13

                              \*

         Debtor                 \*

**CREDITOR CMI ENTERPRISES, LLC'S NOTICE OF
CHANGE OF FIRM NAME AND ADDRESS**

Comes Now, CREDITOR CMI ENTERPRISES, LLC ("CMI"), and files this

Notice of Change of Firm Name and Address and would show the Court as follows:

1. On January 1, 2026, CMI's undersigned Counsel of Record in this case, Patrick Yarborough, changed his law firm's name from Foster Yarborough PLLC to Foster Yarborough Killingsworth PLLC.

2. On August 1, 2025, CMI's Counsel of Record in this case, Patrick Yarborough, changed his office mailing address from 917 Franklin Street, Suite 220, Houston, Texas 77002 to 440 Louisiana Street, Suite 1800, Houston, Texas 77002.

3. Accordingly, the undersigned Counsel of Record for CMI hereby notifies the Court and all parties in the above-referenced action of the change of firm name and address for Patrick Yarborough and his law firm.

WHEREFORE, The undersigned Counsel of Record for CMI requests that all

future correspondence, payments, and service of pleadings be addressed to the following:

Patrick Yarborough
**FOSTER YARBOROUGH KILLINGSWORTH PLLC**
440 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
patrick@fosteryarborough.com

January 5, 2026

Respectfully submitted,

**FOSTER YARBOROUGH
KILLINGSWORTH PLLC**

*/s/ Patrick Yarborough*
Patrick Yarborough
Texas Bar No. 24084129
patrick@fosteryarborough.com
440 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Counsel For Creditor CMI Enterprises, LLC*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing was filed electronically on January 5, 2026:

Frank J. Maida
MAIDA LAW FIRM,
PC 4320 Calder
Avenue
Beaumont, TX 77706

Joshua David DeRoche
312 Shannon Ln.
Nederland, TX 77627

John P. Dillman
P.O. Box 3064
Houston, TX 77253

James W. King
OFFERMAN & KING,
L.L.P.
6420 Wellington Place
Beaumont, TX 77706

Lloyd T. Kraus, Chapter 13 Trustee,
SBN 24066773 110 N. College, Suite 1200
Tyler, TX  75702
(903) 593-7777; FAX (903) 597-1313

*/s/ Patrick Yarborough*
Patrick Yarborough